IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELGIN G. KING
ADC # 088556                                                    PETITIONER

v.                          No. 5:18-cv-307-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 13, and overrules King's objections, № 16. FED. R. CIV. P. 72(b)(3). King's petition is untimely; and he hasn't met the high bar of showing actual innocence. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019