IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELGIN G. KING
ADC # 088556                                                              PETITIONER

v.                          No. 5:18-cv-307-DPM

WENDY KELLEY, Director, ADC                                               RESPONDENT

## JUDGMENT

King's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2019